Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUN PATRICE PAYNE, | ) |
| Plaintiff, | ) CASE NO.: 2:13-cv-08482-SH<br>) |
| v. | ) |
| | ) ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00/100 ($2,150.00) and

costs in the amount of FOUR HUNDRED FIFTY DOLLARS ($400.00) subject to

the terms of the stipulation.

DATED:  July 18, 2014

_____

HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE